ACCEPTED
03-16-00102-CR
12467640
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/31/2016 12:24:34 PM
JEFFREY D. KYLE
CLERK

No. 03-16-00102-CR

In the Court of Appeals
3rd District of Texas at Austin

**MIGUEL PASTENES,**
**Appellant**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/31/2016 12:24:34 PM
JEFFREY D. KYLE
Clerk

vs.

**THE STATE OF TEXAS,**
**Appellee**

---

### APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

---

**TO THE HONORABLE THIRD COURT OF APPEALS:**

NOW COMES, Miguel Pastenes ("Mr. Pastenes"), by and through his attorney of record, Kristin Etter, and files this, Appellant's Second Motion for Extension of Time to File Brief pursuant to Texas Rule of Appellate Procedure 10.5 and in support thereof, would show the Court the following:

1. Appellant was convicted of Public Lewdness on July 8, 1998, and was sentenced to 365 days probated for 2 years.

2. Appellant filed timely Notice of Appeal on February 17, 2016, appealing the denial of a writ of habeas corpus on January 25, 2016

3. The reporter's record and exhibits were filed on August 1, 2016.

4. Appellant's brief was first due on July 18, 2016.

**APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME**
**TO FILE BRIEF – Page 1**
*Miguel Pastenes, Appellant v. State of Texas, Appellee*
Cause No. 13-14-00567-CR

5. Appellant made a previous request to extend the brief filing deadline which was subsequently granted and a new deadline to file the Appellant's brief was extended to August 31, 2016.

6. Appellant requests an additional extension of time of 14 days until September 14, 2016 to file his brief.

7. Appellant's counsel had prepared and intended to finish drafting her brief before the August 31st deadline, however, she has been unable to do so because she has needed to take care of her sick baby which has required her to go to doctor's appointments and to stay at home away from her office.

8. This request for an extension of time is not made for the purpose of delay, but to permit Appellant's counsel to adequately prepare and submit her brief in this case.

9. Appellant respectfully requests the Court grant Appellant's First Motion for Extension of Time to File Brief and extend such deadline for fourteen (14) days.

10. The attorney for the State of Texas, Carly Dessauer, is not opposed to this Motion.

Respectfully submitted,

SUMPTER & GONZÁLEZ, L.L.P.
206 E. 9th Street, Suite 1511
Austin, Texas 78701
Telephone: (512) 381-9955
Facsimile: (512) 485-3121

By
Kristin Etter
State Bar No. 24038884
kristin@sg-llp.com

APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME
TO FILE BRIEF – Page 2
*Miguel Pastenes, Appellant v. State of Texas, Appellee*
Cause No. 13-14-00567-CR

ATTORNEY FOR APPELLANT
MIGUEL PASTENES

## CERTIFICATE OF SERVICE

By signing the above, I, Kristin Etter, certify that on August 31, 2016, a true and correct copy of the foregoing Appellant's First Motion for Extension of Time to File Brief was served by eFile.TXCourts.gov or certified U.S. mail, return receipt requested and/or email on the following counsel of record:

Williamson County District Attorney's Office
Carly Dessauer
405 M.L.K. Street, Suite 265
Georgetown, TX 78626

_____
Kristin Etter